

FILED

MAR 0 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Huntley , | CASE NO.16cv0294-BTM-MDD |
| Plaintiff, | |
| vs. | JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |
| Steven M. Mollenkopf, | |
| Defendant. | |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and there is no good cause for a further extension of time to serve, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to all defendant(s)  without prejudice, for want of prosecution.

DATED: 03/06/2017

*Barry Ted Moskowitz*
Barry Ted Moskowitz
UNITED STATES DISTRICT JUDGE

ENTERED ON _____